

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NUMEREX CORP.,

        Plaintiff,

- against -

SCOTT ROSENZWEIG and GARY NADEN,

        Defendants.

Civil Action No.

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff Numerex Corp. certifies that there exists the following parent companies or publicly held companies owning more than ten percent (10%) of its stock: None.

Dated: New York, NY
      July 9, 2008

                                  Respectfully submitted,

                                  ARNOLD & PORTER LLP

                                  Kent A. Yalowitz
                                     *Kent.Yalowitz@aporter.com*
                                  399 Park Avenue
                                  New York, NY 10022
                                  (212) 715-1000

                                  *Counsel for Plaintiff*