UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NUMEREX CORP.,

                    Plaintiff,                          08 Civ. 6233 (LAK)

        - against -

SCOTT ROSENZWEIG and GARY NADEN,

                    Defendants.

---

## DECLARATION OF SERVICE

Kent A. Yalowitz being duly sworn deposes and says:

1.  I am a member of the Bar of this Court and of the Law Firm of Arnold & Porter LLP,
counsel for the plaintiff.

2.  On July 16, 2008 I caused to be served by electronic transmission true and correct
copies of the Summons and Complaint in the above-captioned action to Howard Kaplan, Esq.,
counsel for defendants.

3.  As evidenced by the emails attached hereto as Exhibit A, Mr. Kaplan accepted
service on behalf of the defendants.

        I declare that the foregoing is true under penalty of perjury.

Dated: New York, New York
        August 1, 2008

                                        _____
                                        Kent A. Yalowitz



"Howard J. Kaplan"
<hkaplan@arkin-law.com>

07/22/2008 11:35 AM

To   <Kent_Yalowitz@aporter.com>

cc   "Justin Sher" <JSher@arkin-law.com>

bcc

Subject   RE: Numerex Corp. v. Rosenweig and Nayden (S.D.N.Y. No. 08-cv-6233)

History:          📎 This message has been replied to.


Kent, we will accept service, assuming you give us 30 days to respond.

-----Original Message-----
From: Kent_Yalowitz@aporter.com [mailto:Kent_Yalowitz@aporter.com]
Sent: Monday, July 21, 2008 6:14 PM
To: Howard J. Kaplan
Cc: Justin Sher
Subject: Re: Numerex Corp. v. Rosenweig and Nayden (S.D.N.Y. No.
08-cv-6233)


Howard.  Are you authorized to accept service?  If not, we will follow
Rule 4, because we need to get the case moving.


               "Howard J.
               Kaplan"
               <hkaplan@arkin-                                    To
               law.com>            <Kent_Yalowitz@aporter.com>
                                                                  cc
                                   "Justin Sher"
               07/15/2008          <JSher@arkin-law.com>
               07:41 PM                                      Subject
                                   Re: Numerex Corp. v. Rosenweig
                                   and Nayden (S.D.N.Y. No.
                                   08-cv-6233)


Kent, please send me the complaint and we will advise regarding service.


_____
_____

Howard J. Kaplan | Arkin Kaplan LLP | 590 Madison Avenue, New York, NY
10022 | direct: 212 333 0219 | main: 212 333 0200 | fax: 212 333 0246
| hkaplan@arkin-law.com | http://www.arkin-law.com
_____

_____

This e-mail and any attachments may contain material that is
confidential, privileged and/or attorney work product for the sole use
of the intended recipient. Any review, reliance or distribution by
others or forwarding without express permission is strictly prohibited.
If you are not the intended recipient, please contact the sender and
delete all copies.

----- Original Message -----
From: Kent_Yalowitz@aporter.com <Kent_Yalowitz@aporter.com>
To: Howard J. Kaplan; Justin Sher
Cc: Andrew J. Ryan <ar@salisburyryan.com>; Brandon_Cowart@aporter.com
<Brandon_Cowart@aporter.com>; Anthony_Boccanfuso@aporter.com
<Anthony_Boccanfuso@aporter.com>
Sent: Tue Jul 15 19:27:27 2008
Subject: Numerex Corp. v. Rosenweig and Nayden (S.D.N.Y. No.
08-cv-6233)

Howard and Justin:

I am sorry that we have been unable to speak directly.  I will be in
court all day tomorrow.  I wanted to let you know that Numerex commenced
an action against Rosenzweig and Nayden and ask whether you will accept
service.  Let me know your preference.

Best,

Kent

-----------------------------------------------------------------------
This communication may contain information that is legally privileged,
confidential or exempt from disclosure.  If you are not the intended
recipient, please note that any dissemination, distribution, or copying
of this communication is strictly prohibited.  Anyone who receives this
message in error should notify the sender immediately by telephone or by
return e-mail and delete it from his or her computer.
-----------------------------------------------------------------------
Kent Yalowitz                         Kent_Yalowitz@aporter.com
Arnold & Porter LLP                   Telephone:  212-715-1113
399 Park Avenue                       Fax:        212-715-1399
New York, NY  10022-4690

For more information about Arnold & Porter LLP, click here:
        http://www.arnoldporter.com

-----------------------------------------------------------------------
This communication may contain information that is legally privileged,
confidential or exempt from disclosure.  If you are not the intended
recipient, please note that any dissemination, distribution, or copying
of this communication is strictly prohibited.  Anyone who receives this
message in error should notify the sender immediately by telephone or by
return e-mail and delete it from his or her computer.
-----------------------------------------------------------------------
Kent Yalowitz                         Kent_Yalowitz@aporter.com
Arnold & Porter LLP                   Telephone:  212-715-1113
399 Park Avenue                       Fax:        212-715-1399

```
New York, NY  10022-4690

For more information about Arnold & Porter LLP, click here:
        http://www.arnoldporter.com
```

Anthony
Boccanfuso/Spec/NY/ArnoldA
ndPorter
NY - 3308   212-715-1315

07/16/2008 05:25 PM

To  Kent Yalowitz/Atty/NY/ArnoldAndPorter@APORTER

cc  "Brandon Cowart" <Brandon_Cowart@aporter.com>,
"Howard H. Kaplan" <hkaplan@arkin-law.com>, "Justin Sher"
<JSher@arkin-law.com>

bcc

Subject  Re: Numerex Corp. v. Rosenweig and Nayden (S.D.N.Y. No.
08-cv-6233)

   

Civil Cover Sheet.pdf   Corporate Disclosure Statement.pdf   Complaint.pdf   Summons.pdf

Kent Yalowitz/Atty/NY/ArnoldAndPorter

Kent
Yalowitz/Atty/NY/ArnoldAndPo
rter

07/15/2008 08:19 PM

To  "Howard J. Kaplan" <hkaplan@arkin-law.com>

cc  "Justin Sher" <JSher@arkin-law.com>, "Anthony
Boccanfuso" <Anthony_Boccanfuso@aporter.com>,
"Brandon Cowart" <Brandon_Cowart@aporter.com>

Subject  Re: Numerex Corp. v. Rosenweig and Nayden (S.D.N.Y. No.
08-cv-6233)


Howard:

I will be in court tomorrow. Someone from my shop will get you a copy of the
Complaint by email.

Best,

Kent


----- Original Message -----
From: "Howard J. Kaplan" [hkaplan@arkin-law.com]
Sent: 07/15/2008 07:41 PM
To: <Kent_Yalowitz@aporter.com>
Cc: "Justin Sher" <JSher@arkin-law.com>
Subject: Re: Numerex Corp. v. Rosenweig and Nayden (S.D.N.Y. No. 08-cv-6233)

Kent, please send me the complaint and we will advise regarding service.

_____

Howard J. Kaplan | Arkin Kaplan LLP | 590 Madison Avenue, New York, NY 10022 |
direct: 212 333 0219 | main: 212 333 0200 | fax: 212 333 0246 |
hkaplan@arkin-law.com | http://www.arkin-law.com
_____
_____

This e-mail and any attachments may contain material that is confidential,
privileged and/or attorney work product for the sole use of the intended
recipient. Any review, reliance or distribution by others or forwarding
without express permission is strictly prohibited. If you are not the intended
recipient, please contact the sender and delete all copies.


----- Original Message -----
From: Kent_Yalowitz@aporter.com <Kent_Yalowitz@aporter.com>
To: Howard J. Kaplan; Justin Sher
Cc: Andrew J. Ryan <ar@salisburyryan.com>; Brandon_Cowart@aporter.com
<Brandon_Cowart@aporter.com>; Anthony_Boccanfuso@aporter.com
<Anthony_Boccanfuso@aporter.com>
Sent: Tue Jul 15 19:27:27 2008
Subject: Numerex Corp. v. Rosenweig and Nayden (S.D.N.Y. No. 08-cv-6233)

Howard and Justin:

I am sorry that we have been unable to speak directly.  I will be in
court all day tomorrow.  I wanted to let you know that Numerex
commenced an action against Rosenzweig and Nayden and ask whether you
will accept service.  Let me know your preference.

Best,

Kent


------------------------------------------------------------------
This communication may contain information that is legally privileged,
confidential or exempt from disclosure.  If you are not the intended
recipient, please note that any dissemination, distribution, or
copying
of this communication is strictly prohibited.  Anyone who receives
this
message in error should notify the sender immediately by telephone or
by return e-mail and delete it from his or her computer.
------------------------------------------------------------------
Kent Yalowitz              Kent_Yalowitz@aporter.com
Arnold & Porter LLP        Telephone:  212-715-1113
399 Park Avenue            Fax:        212-715-1399
New York, NY  10022-4690

For more information about Arnold & Porter LLP, click here:
        http://www.arnoldporter.com